UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW LOUIS MERCADO,

                    Plaintiff,

          -against-

SRG MARTINEZ and SRG JOHN DOE,

                    Defendants.

**ORDER OF SERVICE**

25-CV-08855 (PMH)

PHILIP M. HALPERN, United States District Judge:

Plaintiff, who currently is incarcerated at Eastern Correctional Facility, brings this action *pro se* and *in forma pauperis*.

Under *Valentin v. Dinkins*, a *pro se* litigant is entitled to assistance from the district court in identifying a defendant. 121 F.3d 72, 76 (2d Cir. 1997). In the complaint, Plaintiff supplies sufficient information to permit the New York State Department of Corrections and Community Supervision (DOCCS) to identify John Doe Sergeant at Green Haven Correctional Facility who was on duty monitoring E-5 Gallery, Cell 282, on the morning of September 21, 2025. In addition, Plaintiff names Sergeant Martinez in connection with events on the same date but does not include his full name or badge number.

On April 3, 2026, the Court issued an order directing "the New York State Attorney General, who is the attorney and agent of the DOCCS," to "ascertain the identity and badge number of each defendant whom Plaintiff seeks to sue here and the address where the defendant may be served." (Doc. 10 at 2). The Court directed that the New York State Attorney General provide such information within sixty days of the date of that order. (*Id.*). To date, the New York State Attorney General has not responded to the Court's prior order.

Accordingly, the time for the New York State Attorney General to comply with the Court's prior order (Doc. 10) is extended *nunc pro tunc* to thirty days from the date of this order. It is

ordered that the New York State Attorney General, who is the attorney for and agent of the DOCCS, ascertain the identity and badge number of each defendant whom Plaintiff seeks to sue here and the address where the defendant may be served on or before July 31, 2026.

The Court will deem the complaint amended once the proper parties are identified and, if necessary, issue an order directing the Clerk of Court to complete the USM-285 forms with the addresses for the named defendants and to deliver to the U.S. Marshals Service all documents necessary to effect service.

The Clerk of Court is further directed to mail a copy of this order and the complaint to the New York State Attorney General at: 28 Liberty Street, 16th Floor, New York, N.Y. 10005.

Local Civil Rule 33.2 applies to this action.

**SO ORDERED.**

Dated: White Plains, New York
      July 1, 2026

_____
Philip M. Halpern
United States District Judge

2