UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW LOUIS MERCADO,

Plaintiff,

-against-

SRG MARTINEZ and SRG JOHN DOE,

Defendants.

**ORDER**

25-CV-08855 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 3, 2026, the Court issued an Order, pursuant to *Valentin v. Dinkins*, 121 F.3d 72, 76 (2d Cir. 1997), directing "the New York State Attorney General, who is the attorney and agent of the DOCCS," to "ascertain the identity and badge number of each defendant whom Plaintiff seeks to sue here and the address where the defendant may be served." (Doc. 10 at 2). The Court directed that the New York State Attorney General provide such information within sixty days of the date of that Order. (*Id.*). The docket reflects that a copy of the April 3, 2026 Order was mailed to the New York State Attorney General. (*See* April 6, 2026 Docket Entry). The New York State Attorney General did not respond to the Court's April 3, 2026 Order. The Court, on July 1, 2026, extended the New York State Attorney General's time to comply with the April 3, 2026 Order through July 31, 2026. (Doc. 13). The docket reflects that a copy of the July 1, 2026 Order was mailed to the New York State Attorney General. (*See* July 2, 2026 Docket Entry). To date, the New York State Attorney General has not responded to either of the Court's prior Orders.

Accordingly, the time for the New York State Attorney General to comply with the Court's prior Orders (Docs. 10, 13) is extended *nunc pro tunc* to August 11, 2026. It is ordered that the New York State Attorney General, who is the attorney for and agent of the New York State Department of Corrections and Community Supervision, ascertain the identity and badge number

of each defendant whom Plaintiff seeks to sue and the address where the defendant may be served on or before August 11, 2026.

The Clerk of Court is further directed to mail a copy of this Order, the complaint, Doc. 10, and Doc. 13 to the New York State Attorney General at: 28 Liberty Street, 16th Floor, New York, N.Y. 10005.

**SO ORDERED.**

Dated: White Plains, New York
August 4, 2026

Philip M. Halpern
United States District Judge